HONORABLE LAUREN KING

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WASTE ACTION PROJECT, | ) |
| Plaintiff, | ) Case No. 3:24-cv-06012-LK |
| v. | ) |
| QUIGG BROS., INC., | ) PLAINTIFF'S NOTICE OF RELATED CASE |
| Defendant. | ) |

Pursuant to Local Civil Rule 3(g), Plaintiff Waste Action Project hereby provides notice of a related case pending in this district before the Honorable Benjamin H. Settle, *Waste Action Project v. Quigg Bros., Inc.*, Case No. 3:25-cv-05237-BHS, which was filed on March 19, 2025. The parties in the case are plaintiff Waste Action Project and defendant Quigg Bros., Inc. The *Quigg Bros., Inc.* matter alleges violations of the Clean Water Act by the defendant at their industrial facility in Tacoma, Washington.

The *Quigg Bros., Inc.* matter concerns the same parties as this case. Waste Action Project seeks to enforce the same National Pollutant Discharge Elimination System Permit in both lawsuits. Waste Action Project also alleges that Quigg Bros., Inc. is discharging pollutants via

NOTICE OF RELATED CASE
3:24-cv-06012-LK - 1

Smith & Lowney, p.l.l.c.
2317 East John Street
Seattle, Washington 98112
(206) 860-2883

point source without authorization by a NPDES permit in violation of Section 301(a) of the CWA, 33 U.S.C. § 1365, at both facilities and in both cases.

DATED this 20th day of March 2025

SMITH & LOWNEY, PLLC

By: *s/Alyssa Koepfgen*
Alyssa Koepfgen, WSBA No. 46773
Katelyn Kinn, WSBA No. 42686
Attorneys for Plaintiff
2317 E. John St.,
Seattle, WA 98112
Tel: (206) 860-2124; Fax: (206) 860-4187
E-mail:
alyssa@smithandlowney.com
katelyn@smithandlowney.com
*Attorneys for Plaintiff Waste Action Project*

NOTICE OF RELATED CASE
3:24-cv-06012-LK - 2

Smith & Lowney, p.l.l.c.
2317 East John Street
Seattle, Washington 98112
(206) 860-2883